IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| FUTABA INDUSTRIAL CO., LTD. | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 2:11-cv-11873-PJD -PJK |
| v. | ) ) | Judge Patrick J. Duggan |
| KEYLEX CORPORATION | ) ) | Magistrate Judge Paul J. Komives |
| Defendant. | ) ) ) | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Futaba Industrial Co., Ltd. and Defendant Keylex Corporation hereby stipulate that the above-titled action be dismissed with prejudice and that each party shall bear its own costs and attorneys fees.

Respectfully submitted,

Dated: February 24, 2012      By:  /s/ Doron Yitzchaki
James A. Samborn (P24446)
Doron Yitzchaki (P72044)
DICKINSON WRIGHT PLLC
301 East Liberty Street, Suite 500
Ann Arbor, Michigan 48104
Tel: (734) 623-7075
Fax: (734) 623-1625
dyitzchaki@dickinsonwright.com

James A. Oliff
John W. O'Meara
Aaron L. Webb
Joshua B. Brady
OLIFF & BERRIDGE, PLC
277 South Washington Street
Suite 500
Alexandria, Virginia   22314
Tel: (703) 836-6400

Attorneys for Futaba Industrial Co., Ltd.

By: /s/ Matthew Heron (w/ permission)
Matthew Heron (P61501)
CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
Tel: (313) 965-8300
Fax: (313) 965-8252
mheron@clarkhill.com

John B. Sganga, Jr.
Irfan A. Lateef
Jonathan I. Detrixhe
H. James Abe
KNOBBE, MARTENS, OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Tel: (949) 760-0404
jsganga@kmob.com
ilateef@kmob.com
jdetrixhe@kmob.com
james.abe@kmob.com

Attorneys for Defendant Keylex Corporation