IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| FUTABA INDUSTRIAL CO., LTD. | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 2:11-cv-11873-PJD -PJK |
| | ) | |
| v. | ) | Judge Patrick J. Duggan |
| | ) | |
| KEYLEX CORPORATION | ) | Magistrate Judge Paul J. Komives |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL**

Based upon the stipulation of the parties, the Court hereby dismisses this case with prejudice

and without costs to either party.


s/Patrick J. Duggan
**Patrick J. Duggan**
**United States District Judge**

**Dated: March 1, 2012**
**I hereby certify that a copy of the foregoing document was served upon counsel of record**
**on Thursday, March 01, 2012, by electronic and or ordinary mail.**

s/Marilyn Orem
**Case Manager**